UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE HENRY JUAN WILLIAMS | Civil Action No.<br>21-mc-91505-NMG |

**ORDER**

**GORTON, J.**

Now before the Court is a motion for appointment of counsel filed by state prisoner Henry Juan Williams. Williams seeks appointment of counsel to challenge his criminal conviction. In support of his request, Williams alleges that prior counsel was insufficient, that he was convicted on perjured testimony, and that the crime scene was contaminated.

The Court cannot appoint counsel for Williams. To the extent he seeks appointment for counsel to appear on his behalf in state court, this federal court does not have authority to provide such representation.

If Williams is seeking appointment of counsel to represent him in a habeas proceeding under 28 U.S.C. § 2254 in this Court, the Court must deny the motion because it is premature. While the Court has some discretion in appointing counsel for an indigent petitioner in a habeas action, see 18 U.S.C.

§ 3006A(a)(2), the Court cannot consider a motion for counsel until the habeas petition is filed.[1]

Accordingly, the motion for counsel is DENIED. The Clerk shall close this action.

**So ordered.**

_____
Nathaniel M. Gorton
United States District Judge

Dated: 09/24/2021

---

[1] Further, a party seeking to bring a habeas petition under 28 U.S.C. § 2254 must first exhaust available state remedies. See 28 U.S.C. § 2254(b)(1)(A).

2